# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00339-CV

**Cairo DeAngelis, Appellant**

**v.**

**The Arts at Turtle Creek, LLC, Appellee**

**FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY**
**NO. C-1-CV-18-002651, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on September 10, 2018. On September 12, 2018, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by September 24, 2018, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Michael Toth, Justice

Before Chief Justice Rose, Justices Field and Toth

Dismissed for Want of Prosecution

Filed: October 10, 2018